JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA HARMON and BILLY M. HARMON, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No. 5:22-cv-00975-JGB-SP <br><br> District Judge: Jesus G. Bernal <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VIRGINIA HARMON and BILLY M. HARMON ("Plaintiffs") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on November 15, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $192,505.32 pursuant to the terms of the Rule 68 Offer. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Date: January 25, 2024

_____
Hon. Jesus G. Bernal
District Judge

1
**JUDGMENT**